**Harry J. JOHNSON, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2013–7091.

United States Court of Appeals, Federal Circuit.

March 13, 2014.

Zachary M. Stolz, Chisholm Chisholm & Kilpatrick, Ltd., of Providence, RI, argued for claimant-appellant. With him on the brief was Thomas R. Bender. Of counsel on the brief was Christopher J. Clay, Disabled American Veterans, of Cold Spring, KY, Of counsel was Robert V. Chisholm, Chisholm Chisholm & Kilpatrick, Ltd., of Providence, RI.

Michael P. Goodman, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were Stuart F. Delery, Assistant Attorney General, Bryant G. Snee, Acting Director, and Scott D. Austin, Assistant Director. Of counsel on the brief were David J. Barrans, Deputy Assistant General Counsel, and Christina L. Gregg, Attorney, United States Department of Veterans Affairs, of Washington, DC. Of counsel was Lara Eilhardt, Attorney.

RADER, Chief Judge, BRYSON, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**